UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-07990 DSF (OPx) | Date | 7/31/12 |
|---|---|---|---|
| Title | Xerox Corp. v. Mex Printers, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Dismissing Action For Failure to Prosecute

    Plaintiff has twice attempted to obtain default judgment against defendant and has twice failed. The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. Plaintiff's response, dated July 2, stated counsel "anticipate[d]" submitting a request for judgment within two weeks and asked the Court to continue the Order to Show Cause to July 23, 2012. As of July 31, 2012, no request for judgment has been filed. Plaintiff having failed to show cause, this action is dismissed for lack of prosecution.

    IT IS SO ORDERED.