UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   **CV 11-7990-DSF (OPx)**                                            Date   **May 8, 2014**

Title   **XEROX CORPORATION v. MEX PRINTERS, INC.**

Present: The Honorable   Oswald Parada, United States Magistrate Judge

| Deb Taylor | RS-3 05-08-14 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melvin Leiding | None |

**PROCEEDINGS:  ORDER TO SHOW CAUSE**

On March 25, 2014, the Court issued an order granting an Application for a Judgment Debtor Examination of Eusebio Ramirez, President of Defendant/Judgment Debtor, Mex Printers, Inc. (ECF 64.). On April 29, 2014, Plaintiff/Judgment Creditor Xerox Corporation filed a Proof of Service. (ECF 72.) On May 8, 2014, the matter was called for a Judgment Debtor Examination. Plaintiff/Judgment Creditor was represented by Attorney Melvin Leiding. Neither counsel for the Judgment Debtor nor Judgment Debtor appeared.

**IT IS HEREBY ORDERED THAT** Eusebio Ramirez shall appear on May 30, 2014, at 11:00 a.m. before this Court, located in Courtroom 3, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why a warrant should not be issued for his arrest and why he should not be held in contempt of Court for his failure to attend the Judgment Debtor examination on May 8, 2014, 10:00 a.m.

| | Initials of Preparer | dts |
|---|---|---|